```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                    :

ANTSY LABS LLC, and ZURU INC.        :

                                     Plaintiffs,    :            1:21-cv-6443-GHW

                      -v -                           :            <u>ORDER</u>

THE INDIVIDUALS, CORPORATIONS,    :
LIMITED LIABILITY COMPANIES,       :
PARTNERSHIPS, AND UNINCORPORATED :
ASSOCIATIONS IDENTIFIED ON SCHEDULE:
A TO THE COMPLAINT,                             :

                      Defendants.  :

----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court has reviewed the submissions by Plaintiffs in support of their requested temporary restraining order. The Court will hold a conference regarding Plaintiffs' application on August 2, 2021 at 9:30 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: July 29, 2021
       New York, New York

                                                    _____
                                                         GREGORY H. WOODS
                                                    United States District Judge